COMMONWEALTH of Pennsylvania,
Petitioner

v.

Mark WALLACE, Respondent.

Commonwealth of Pennsylvania,
Petitioner

v.

Mark Green, Respondent.

Commonwealth of Pennsylvania,
Petitioner

v.

Mark Green a/k/a Mark Wallace,
Respondent.

Commonwealth of Pennsylvania,
Petitioner

v.

Mark Wallace, Respondent.

Commonwealth of Pennsylvania,
Petitioner

v.

Mark Wallace, Respondent.

Commonwealth of Pennsylvania,
Petitioner

v.

Mark Wallace, Respondent.

Commonwealth of Pennsylvania,
Petitioner

v.

James Smith, Respondent.

Commonwealth of Pennsylvania,
Petitioner

v.

Mark Wallace, Respondent.

Supreme Court of Pennsylvania.

March 22, 2013.

*ORDER*

PER CURIAM.

AND NOW, this 22nd day of March, 2013, the Petition for Allowance of Appeal is **GRANTED**. The issue, as stated by petitioner, is:

Did Superior Court err by holding in a published opinion that an incarcerated career criminal has a due process right to a hearing at which the trial court must determine—on a charge by charge basis—whether over a hundred prior criminal charges against him should be expunged?

The issue will be **SUBMITTED** on briefs.